FILED
JOHN P. HEHMAN
CLERK

2014 MAR 18 PM 3:57

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

ANDREW S. BOGUSLAWSKI

Case No: 2:14 cr 51

26 U.S.C. § 5845
26 U.S.C. § 5861(d)
26 U.S.C. § 5871

JUDGE JUDGE GRAHAM

**INFORMATION**

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1

On or about January 1, 2014, in the Southern District of Ohio, the defendant, **ANDREW S. BOGUSLAWSKI**, did knowingly possess nine (9) fully-assembled destructive devices, namely, bombs, which are firearms, as defined in 26 U.S.C. § 5845(a)(8) and § 5845(f), as fully delineated in item numbers one (1) through nine (9) below; and four (4) destructive devices, consisting of a combination of parts, designed and intended for use in converting said parts into a bomb and from which a bomb can be readily assembled, said bombs being firearms and destructive devices, as defined in 26 U.S.C. §5845(f)(3), as fully delineated in item numbers ten (10) through thirteen (13) below, for a total of thirteen (13) destructive devices, not registered to

him in the National Firearms Registration and Transfer Record as required by 26 U.S.C. § 5841:

| No. | ATF Lab Device No. | Description |
|---|---|---|
| 1 | 10 | A heavy plastic bottle sealed with the bottle lid and filled with a quantity of explosive powder identified by laboratory analysis as flash powder. An improvised electric detonator had been inserted into a hole in the lid of the bottle as a means of initiation. |
| 2 | 53 | A heavy plastic bottle sealed with the bottle lid and filled with a quantity of explosive powder identified by laboratory analysis as flash powder. A device with an improvised electric detonator inserted in a hole in the lid of the device as a means of initiation. |
| 3 | 54 | A heavy plastic bottle sealed with the bottle lid and filled with a quantity of explosive powder identified by laboratory analysis as flash powder. A device with an improvised electric detonator inserted in a hole in the lid of the device as a means of initiation. |
| 4 | 55 | A heavy plastic bottle sealed with the bottle lid and filled with a quantity of explosive powder identified by laboratory analysis as flash powder. A device with an improvised electric detonator inserted in a hole in the lid of the device as a means of initiation. |
| 5 | 56 | A heavy plastic bottle sealed with the bottle lid and filled with a quantity of explosive powder identified by laboratory analysis as flash powder. A device with an improvised electric detonator inserted in a hole in the lid of the device as a means of initiation. |
| 6 | 62 | A heavy plastic bottle sealed with the bottle lid and filled with a quantity of explosive powder identified as flash powder. A length of pyrotechnic fuse had been inserted in to a hole in the lid as a method of initiation. |

| No. | ATF Lab Device No. | Description |
|---|---|---|
| 7 | 63 | A heavy plastic bottle sealed with the bottle lid and filled with a quantity of explosive powder identified as flash powder. A length of pyrotechnic fuse had been inserted in to a hole in the lid as a method of initiation. |
| 8 | 64 | A heavy plastic bottle sealed with the bottle lid and filled with a quantity of explosive powder identified as flash powder. A length of pyrotechnic fuse had been inserted in to a hole in the lid as a method of initiation. |
| 9 | 68 | A heavy plastic bottle sealed with the bottle lid and filled with a quantity of explosive powder identified as flash powder. A length of pyrotechnic fuse had been inserted in to a hole in the lid as a method of initiation. |
| 10 | 58 | A heavy plastic bottle sealed with the bottle lid and filled with a quantity of explosive powder identified by laboratory analysis as flash powder which could be detonated electrically or with a length of pyrotechnic fuse. Both sources of detonation were readily available and in the vehicle defendant was driving on January 1, 2014. |
| 11 | 59 | A heavy plastic bottle sealed with the bottle lid and filled with a quantity of explosive powder identified by laboratory analysis as flash powder which could be detonated electrically or with a length of pyrotechnic fuse. Both sources of detonation were readily available and in the vehicle defendant was driving on January 1, 2014. |
| 12 | 60 | A heavy plastic bottle sealed with the bottle lid and filled with a quantity of explosive powder identified by laboratory analysis as flash powder which could be detonated electrically or with a length of pyrotechnic fuse. Both sources of detonation were readily available and in the vehicle defendant was driving on January 1, 2014. |

| 13 | 65 | A heavy plastic bottle sealed with the bottle lid and filled with a quantity of explosive powder identified by laboratory analysis as flash powder which could be detonated electrically or with a length of pyrotechnic fuse. Both sources of detonation were readily available and in the vehicle defendant was driving on January 1, 2014. |

All in violation of 26 U.S.C. § 5861(d) and § 5871.

CARTER M. STEWART
United States Attorney

*Gary L. Spartis* (signature)

GARY L. SPARTIS
Columbus Branch Chief
Assistant U.S. Attorney