UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

## PRESENTENCE REFERRAL

JUDGE GRAHAM

AUSA: Sal Dominguez/Dana Peters

DEFENSE ATTORNEY: Steve Nolder

Defendant: Andrew Scott Boguslawski

Case Number: 2:14-cr-51

Offense: Possession of thirteen unregistered destructive devices

Counts: 1

| Conviction on: | [ ] Jury Verdict |
| --- | --- |
| | [ ] Court Decision |
| | [X] Guilty Plea at Arraignment |
| | [ ] Change of Plea to Guilty |
| Custody Status | [X] Federal |
| | [ ] State |
| | [ ] Bond |
| | [ ] Other |

Date:   4/1/2014

Signed:   s/Jessica Rector
            Jessica Rector/ Deputy Clerk

Copy To: U.S. Probation